AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Marco Carrillo | ) | Case No. |
| Luis A. Vazquez | ) | 2:15-mj-00036 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

MAY - 5 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 4, 2015  in the county of  Kanawha  in the Southern District of  West Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1029(a)(1) | Trafficking in a counterfeit access device |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Heath Bills
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/04/2015

*Judge's signature*

City and state:  Charleston, West Virginia   Dwane L. Tinsley, U.S. Magistrate Judge
*Printed name and title*

On May 1, 2015, Federal Express intercepted a suspicious package that had been sent overnight from Tucson, Arizona.

When the Federal Express employees opened the package, they found approximately 100 Visa credit cards taped inside the pages of a magazine that was inside the package.  Approximately half of these credit cards were in the name of Marco Carrillo (Carrillo) and approximately half were in the name of Luis Vazquez (Vazquez).  Federal Express brought the package to the attention of the Charleston Police Department's Metro Drug Unit, who were present on site.  The Metro Drug Unit officers then contacted the United States Secret Service.  Agents of the United States Secret Service responded and ran the credit cards through a credit card reader to determine their authenticity.   They determined that the information on the magnetic strips on the cards did not match the information embossed on the front of the credit card.  These credit cards were determined to be counterfeit.  A BIN number search of the actual credit card numbers, verified through the magnetic strip, returned multiple issuing banks, which also did not match the bank information on the front of the cards.

On May 4, 2015, Carrillo and Vazquez came to the Federal Express shipping store located at 1206 Greenbrier Street, Charleston, Kanawha County, West Virginia, presented the correct tracking number and retrieved the package.  Carrillo and Vazquez denied knowledge of the package's contents, however, all the credit cards were in their names and Carrillo and Vazquez each had identification that matched the names on the counterfeit credit cards.  In addition, Carrillo had a tablet in his possession, he explained that it contained a shopping list of items that they were supposed to purchase after they picked up the package.  It listed multiple electronic items.

Carrillo and Vazquez admitted to agents that they had traveled from Mexico to Tucson, Arizona to Washington D.C., and then drove to Charleston, West Virginia to pick up the package.